**Order entered June 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00647-CV

**STACEY REED, Appellant**

**V.**

**STEPHEN REED, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51554-2013**

## ORDER

We **GRANT** appellant's June 29, 2015 motion for extension of time to file the docketing

statement and appellate record and **ORDER** each be filed no later than July 22, 2015.


/s/  CRAIG STODDART
    JUSTICE